McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Nov 18, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY MARIE AURICH, <br><br> Defendant. | CASE NO. 2:20-cr-0219 WBS <br><br> 18 U.S.C. § 1519 – Falsification of Records in Federal Investigation |

I N F O R M A T I O N

The United States Attorney charges: T H A T

ASHLEY MARIE AURICH,

Defendant herein, as follows:

I.   INTRODUCTION

At all times relevant to this Information:

1.  The California Department of Corrections and Rehabilitation ("CDCR") was a law enforcement agency and a department of the State of California responsible for managing the State of California's prison system.

2.  CDCR employed correctional officers to, among other responsibilities, maintain order, enforce the law, and provide security within the California prison system. Under California law, CDCR correctional officers were sworn California peace officers.

3. California State Prison, Sacramento ("CSP-Sacramento") was one of the California state prisons located in Sacramento County. CDCR correctional officers, who were sworn California peace officers under California law, were responsible for maintaining order and providing security within CSP-Sacramento.

4. CSP-Sacramento was comprised of a minimum support facility and three other alphabetically identified facilities, each containing eight numerically identified inmate housing buildings. This included Facility A, Block 6 ("Building A6") and Facility A, Block 7 ("Building A7").

5. Defendant ASHLEY AURICH was a CDCR correctional officer and California peace officer who was assigned to work in Building A7.

6. Correctional Officer 1 was a CDCR correctional officer and California peace officer at CSP-Sacramento. On or about September 15, 2016, Correctional Officer 1 was working as AURICH's partner, performing his correctional officer duties along with AURICH.

7. Correctional Officer 2 was a CDCR correctional officer and California peace officer at CSP-Sacramento. On or about September 15, 2016, Correctional Officer 2 was assigned to work in Building A6.

8. Correctional Officer 3 was a CDCR correctional officer and California peace officer at CSP-Sacramento. On or about September 15, 2016, Correctional Officer 3 was assigned to work in Building A5.

9. Correctional Officer 4 was a CDCR correctional officer and California peace officer at CSP-Sacramento. On or about September 15, 2016, Correctional Officer 4 was assigned to work in Building A8.

10. Victim 1 was an inmate at CSP-Sacramento. He resided in Building A6. Victim 1 was 65 years old.

II.     USE OF FORCE ON VICTIM 1

11. On or about September 15, 2016, AURICH and Correctional Officer 1 went to Victim 1's cell in Building A6 in order to escort Victim 1 to his new cell in Building A7.

12. AURICH, Correctional Officer 1, and Correctional Officer 2 escorted Victim 1 from Building A6 to Building A7. During the trip from Building A6 to Building A7, Correctional Officer 1

INFORMATION                                    2

walked behind and to the left of Victim 1, while holding Victim 1's left arm. AURICH was positioned behind and to the right of Victim 1. Correctional Officer 2 walked behind Aurich, Correctional Officer 1, and Victim 2. During the trip from Building A6 to Building A7, Victim 1's hands were handcuffed behind his back.

13. AURICH, Correctional Officer 1, Correctional Officer 2, and Victim 1 entered Building A7 through the building's rotunda area. While in the rotunda, Victim 1 stopped walking. In response, Correctional Officer 1 assaulted Victim 1 by performing the following acts:

    a. Correctional Officer 1 released his grip on Victim 1's left arm.

    b. Correctional Officer 1 wrapped his arms around Victim 1's legs.

    c. Correctional Officer 1 pulled Victim 1's legs backwards, in the direction of Correctional Officer 1.

14. Correctional Officer 1's actions caused Victim 1 to immediately lose his balance and fall forward violently with his head and upper torso striking the concrete floor while his hands were handcuffed behind him.

15. Victim 1 was subsequently transported to the hospital where he died two days later.

### III. FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATION

16. On or about September 15, 2016, in the County of Sacramento, State and Eastern District of California, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the United States Department of Justice, to wit, the investigation of the assault of Victim 1, AURICH did knowingly falsify and make a false entry in a record and document, to wit a California Department of Corrections and Rehabilitation Crime/Incident Report, form CDCR 837-C (Rev. 10/15), which included false information and representations as set forth more fully below, among others:

    a. AURICH knowingly and falsely stated that the only witnesses to the assault on Victim 1 were Correctional 1, Correctional Officer 3, and Correctional Officer 4, intentionally concealing the presence of Correctional Officer 2. In truth and in fact, AURICH falsified and made the foregoing false entry in a record knowing that Correctional Officer 2 was present for and witnessed the assault on Victim 1;

  b. AURICH knowingly and falsely stated "Upon arrival to the FA7 rotunda area [Victim 1] stopped moving forward, spun to his left and lunged forward, breaking [Correctional Officer 1's] escort hold." In truth and in fact, AURICH falsified and made the foregoing false entry in a record knowing that Victim 1 had not spun to his left and lunged forward breaking free of Correctional Officer 1's escort hold;

  c. AURICH knowingly and falsely stated "[Correctional Officer 1] used immediate force to overcome resistance and effect custody of [Victim 1] by using [Victim 1's] forward momentum and [Correctional Officer 1's] body weight to force him to the ground." In truth and in fact, AURICH falsified and made the foregoing false entry in a record knowing that Correctional Officer 1 had not "used immediate force . . . to effect custody of [Victim 1]. And, in truth and in fact, AURICH falsified and made the foregoing false entry in a record knowing that Correctional Officer 1 did not use [Victim 1's] forward momentum and [Correctional Officer 1's] body weight to force [Victim 1] to the ground."; and

  d. AURICH knowingly and falsely stated "I observed [Victim 1] land on his stomach face down." In truth and in fact, AURICH falsified and made the foregoing false entry in a record knowing that Victim 1's head and upper torso struck the concrete floor.

All in violation of Title 18, United States Code, Section 1519.

Dated: November 18, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant United States Attorney

INFORMATION   4

**United States v. Ashley Marie Aurich**
**Penalties for Information**

**Defendant**
**ASHLEY MARIE AURICH**

**COUNT 1:**          **ASHLEY MARIE AURICH**

VIOLATION:          18 U.S.C. § 1519 – Falsification of Records in Federal Investigation

PENALTIES:          Maximum of 20 years in prison; or
                              Fine of up to $250,000; or both fine and imprisonment
                              Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory)