McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY MARIE AURICH,<br><br>Defendant. | CASE NO. 2:20-CR-219 WBS<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: December 7, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States of America, by and through Assistant U.S. Attorney Brian A. Fogerty, and defendant Ashley Marie Aurich, by and through counsel Johnny L. Griffin, III, hereby agree and stipulate as follows:

1.  On November 18, 2020, Aurich was charged in a one-count information with falsification of records in a federal investigation, in violation of 18 U.S.C. §§ 1519. ECF No. 1.

2.  On November 23, 2020, Aurich appeared for an initial appearance before the Honorable Carolyn K. Delaney, at which hearing Aurich waived indictment by a grand jury, and the Court set the matter for a change of plea hearing before this Court to be held on December 7, 2020. ECF Nos. 6, 7, 9. The court excluded the time between November 23, 2020, and December 7, 2020, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Code T-4.

3.  Prior to the initiation of this case against the defendant, the government produced discovery to Aurich, including recordings and hundreds of pages of documents. The government anticipates producing more discovery material to Aurich.

1   4.    Counsel for the defendant needs time to investigate the allegations underlying the charges
2   in the information, examine the evidence, and confer with his clients in order to advise his client
3   regarding a trial in this case.
4   5.    Based on the foregoing facts, the parties request that the Court vacate the December 7,
5   2020, hearing and reset the case for a change of plea hearing to be held on January 19, 2021, at 9:00 a.m.
6   The parties further agree and request that the Court exclude the time between December 7, 2020, and
7   January 19, 2021, from the computation of time in which trial must commence under the Speedy Trial
8   Act, pursuant to Local Code T-4.  The parties agree that the interests of justice served by excluding the
9   time between December 7, 2020, and January 19, 2021, under the Speedy Trial Act, outweigh the best
10  interests of the public and the defendant in a speedy trial.  The parties request that the Court adopt the
11  facts set forth herein and order time excluded from December 7, 2020, to and including January 19,
12  2021, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel
13  to investigate and prepare for trial.

Dated:  November 30, 2020                McGREGOR W. SCOTT
                                         United States Attorney

                                    By:  /s/ BRIAN A. FOGERTY
                                         BRIAN A. FOGERTY
                                         Assistant United States Attorney


Dated:  November 30, 2020                /s/ JOHNNY L. GRIFFIN, III
                                         JOHNNY L. GRIFFIN, III
                                         Counsel for Defendant
                                         Ashley Marie Aurich

AMENDED STIPULATION AND ORDER                2

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the December 7, 2020, change of plea hearing and resets the matter for a change of plea hearing on January 19, 2021, at 9:00 a.m. The Court also specifically finds that based on the facts set forth in the parties' stipulation, the failure to exclude the time between December 7, 2020, and January 19, 2021, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from December 7, 2020, to and including January 19, 2021, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:  December 1, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE