PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY MARIE AURICH,<br><br>Defendant. | CASE NO. 2:20-CR-219-WBS<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: April 12, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing and entry of judgment on April 12, 2021. ECF No. 17.

2. By this stipulation, the parties now move to vacate the April 12, 2021 sentencing hearing, and request that the Court set this matter for a status conference regarding sentencing on August 16, 2021 at 9:00 a.m. On January 19, 2021, Aurich pleaded guilty to a one-count Information, pursuant to a plea agreement containing a cooperation provision. Aurich's cooperation is ongoing.

3. The assigned Probation Officer does not object to the parties' request to set this case for a status conference regarding sentencing on August 16, 2021 at 9:00 a.m.

///

IT IS SO STIPULATED.

Dated:  March 29, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated:  March 29, 2021

/s/ JOHNNY L. GRIFFIN, III
JOHNNY L. GRIFFIN, III
Counsel for Defendant
ASHLEY MARIE AURICH

**ORDER**

IT IS SO ORDERED.

Dated:  March 30, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE