PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>        v.<br><br>ASHLEY AURICH,<br><br>                     Defendant. | CASE NO. 2:20-CR-219 WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING<br><br>DATE: August 16, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

   The United States of America, by and through Assistant U.S. Attorney Brian A. Fogerty, and defendant Ashley Aurich, by and through his counsel Johnny L. Griffin, III, hereby agree and stipulate as follows:

   1.   On January 19, 2021, Aurich pleaded guilty to a single count of falsification of records in a federal investigation, in violation of 18 U.S.C. § 1519, pursuant to a written plea agreement that contains a cooperation provision. ECF Nos. 16 and 17.

   2.   By a prior order, the Court set this matter for a status conference regarding sentencing to be held on August 16, 2021. The parties now jointly request that the Court vacate the August 16 status conference and set the matter for another status regarding sentencing on **January 24, 2022, at 9:00 a.m.**

///
///
///
///

STIPULATION AND ORDER

| | |
|---|---|
| Dated:  August 10, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | By:  /s/ BRIAN A. FOGERTY<br>BRIAN A. FOGERTY<br>Assistant United States Attorney |
| Dated:  August 10, 2021 | /s/ JOHNNY L. GRIFFIN. III<br>JOHNNY L. GRIFFIN, III<br>Counsel for Defendant<br>Ashley Aurich |

IT IS SO ORDERED.

Dated:  August 11, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE