PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY MARIE AURICH,<br><br>Defendant. | CASE NO. 2:20-CR-219-WBS<br><br>STIPULATION TO CONTINUE STATUS REGARDING SENTENCING; ORDER<br><br>DATE: January 24, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference regarding sentencing on January 24, 2022. ECF No. 24.

2. By this stipulation, the parties now move to vacate the January 24, 2022 sentencing hearing, and request that the Court set this matter for a status conference regarding sentencing on June 13, 2022 at 9:00 a.m. On January 19, 2021, Aurich pleaded guilty to a one-count Information, pursuant to a plea agreement containing a cooperation provision. Aurich's cooperation is ongoing.

///

///

///

IT IS SO STIPULATED.

Dated:  January 19, 2022								PHILLIP A. TALBERT
											United States Attorney


											/s/ BRIAN A. FOGERTY
											BRIAN A. FOGERTY
											Assistant United States Attorney


Dated:  January 19, 2022								/s/ JOHNNY L. GRIFFIN, III
											JOHNNY L. GRIFFIN, III
											Counsel for Defendant
											ASHLEY MARIE AURICH


**ORDER**

IT IS SO ORDERED.

Dated:  January 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE