PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY MARIE AURICH,<br><br>Defendant. | CASE NO. 2:20-CR-219-WBS<br><br>STIPULATION TO CONTINUE STATUS REGARDING SENTENCING; ORDER<br><br>DATE: June 13, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference regarding sentencing on June 13, 2022. ECF No. 26.

2. By this stipulation, the parties now move to vacate the June 13, 2022 sentencing hearing, and request that the Court set this matter for a status conference regarding sentencing on **September 26, 2022 at 9:00 a.m.** On January 19, 2021, Aurich pleaded guilty to a one-count Information, pursuant to a plea agreement containing a cooperation provision. Aurich's cooperation is ongoing.

///

///

///

STIPULATION TO CONTINUE SENTENCING; ORDER    1

IT IS SO STIPULATED.

Dated:  June 7, 2022              PHILLIP A. TALBERT
                                  United States Attorney


                                  /s/ ROSANNE L. RUST
                                  ROSANNE L. RUST
                                  Assistant United States Attorney


Dated:  June 7, 2022              /s/ JOHNNY L. GRIFFIN, III
                                  JOHNNY L. GRIFFIN, III
                                  Counsel for Defendant
                                  ASHLEY MARIE AURICH


**ORDER**

IT IS SO FOUND AND ORDERED.


Dated:  June 8, 2022              _____
                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE