1  PHILLIP A. TALBERT
   United States Attorney
2  ROSANNE L. RUST
   MICHAEL D. ANDERSON
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-219-WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO RESCHEDULE THE DEFENDANT'S SENTENCING HEARING AND CORRESPONDING DATES |
| v. | |
| ASHLEY AURICH, | |
| Defendant. | |

Pursuant to an agreement between the parties, and the probation officer, Defendant ASHLEY AURICH, respectfully requests the Court to vacate the status hearing regarding sentencing on September 26, 2022, at 9:00 a.m., and to reschedule sentencing to December 12, 2022, at 9:00 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

| | |
|---|---|
| Judgment and sentencing date: | December 12, 2022 at 9:00 a.m. |
| Sentencing memoranda and motion for correction/formal objections to be filed no later than: | December 5, 2022 |
| A final Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | November 21, 2022 |

| Counsel's written informal objections to the draft Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 7, 2022 |
|---|---|
| The draft Pre-Sentence Report is due no later than: | n/a (it has already issued) |

Dated: September 19, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: September 19, 2022

By: /s/ JOHNNY L. GRIFFIN III
JOHNNY L. GRIFFIN III
Counsel for defendant
Ashley Aurich

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE