**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**ASHLEY AURICH**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | 2:20-cr-00219-WBS |
| ) | |
| Plaintiff, ) | **ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT ASHLEY AURICH'S NOTICE** |
| v. ) | |
| ) | |
| ) | Honorable William B. Shubb |
| ASHLEY AURICH, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant Ashley Aurich's Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that the four-page document and Exhibit A (consisting of two pages) pertaining to Defendant Aurich, and Defendant Aurich's Request to Seal shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to counsel for the defendant and the United States.

Dated: December 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT ASHLEY AURICH'S NOTICE