PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>             v.<br><br>ASHLEY MARIE AURICH,<br><br>                          Defendant. | CASE NO. 2:20-CR-219 WBS<br><br>ORDER RE: REDUCED SENTENCE UNDER RULE 35(B)(2) |

Upon motion by the United States of America, IT IS HEREBY ORDERED that the Motion for a Reduced Sentence Under Rule 35(B)(2) is granted in part as follows. The custodial term of defendant Ashely Marie Aurich's sentence is reduced to time served. However, the request to reduce the time of supervised release from one year to three months is denied. Supervised release is not intended to serve as a punishment; it is imposed for the purpose of assissting the defendant to transition from custody back into society. Three months is an insufficient time to allow the probation officer to effectively perform that role. Accordingly, the term of supervised release shall remain set at one year.

IT IS SO ORDERED.

Dated: April 16, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1